UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| STACY WILLIAMS | : | DOCKET NO. 1:22-cv-03718 |
| VERSUS | : | JUDGE DONALD E WALTER |
| SHELTER MUTUAL INSURANCE CO, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 25], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED** that Stacy Williams's voluntary motion to dismiss without prejudice [doc. 24] is **GRANTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 6th day of December, 2023.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE